*E-filed on* 9/8/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br>　　C-02-00142 RMW<br>　　C-02-00145 RMW<br>　　C-02-05437 RMW<br>　　C-03-03594 RMW<br>　　C-03-03596 RMW<br>　　C-03-03378 RMW<br>　　C-03-04003 RMW<br>　　C-03-05758 RMW<br>　　C-04-01791 RMW<br>　　C-04-03001 RMW<br>　　C-04-03365 RMW<br>　　C-04-04247 RMW<br>　　C-04-04359 RMW<br>　　C-06-03843 RMW<br>　　C-06-04295 RMW<br><br>ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION |

　　　Plaintiff Cygnus Telecommunications Technology, LLC moves for summary judgment that references considered in the recent reexamination of the patents-in-suit may not be relied upon by the defendants here when asserting invalidity of the patents-in-suit. It is unclear from the motion the precise basis on which Cygnus seeks to exclude the evidence. Proceedings before the U.S. Patent

and Trademark Office are not binding on the courts.[1] *See Quad Envtl. Techs. Corp. v. Union Sanitary Dist.*, 946 F.2d 870, 875-76 (Fed. Cir. 1991). If the basis of Cygnus's motion is evidentiary rules, its timing is governed by the prior orders scheduling claim construction and related summary judgment motions, and any such motion to exclude evidence will be considered at the November 20, 2006 hearing. Cygnus's motion is denied, though without prejudice to refiling as to any specific evidence which defendants seek to introduce at any evidentiary hearing.

DATED:     9/8/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] Cygnus clarified at oral argument that it was not seeking to exclude the evidence on the basis that the USPTO proceedings bound this court.

1 | **A copy of this order was mailed on _____ to:**

2 | **Counsel for Plaintiff:**

3 | John P. Sutton
2421 Pierce Street
4 | San Francisco, CA 94115-1131

5 | **Counsel for Defendants:**

6 | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.
7 | 200 E. Las Olas Avenue
Suite 2040
8 | Fort Lauderdale, FL 33301

9 | John C. Carey
Rodriguez Greenberg & Paul
10 | 1395 Brickell Ave, Suite 700
Miami, FL 33131

11 | Felice B. Galant, Gregory B. Wood
12 | Fulbright & Jaworski L.L.P.
865 South Figueroa Street
13 | Twenty-Ninth Floor
Los Angeles, CA 90017
14 |
Joseph P. Zammit
15 | Fulbright & Jaworski
666 Fifth Avenue
16 | New York, NY 10103

17 | John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC
18 | 11800 Sunrise Valley Drive
Suite 1000
19 | Reston, VA 20191-5302

20 | Richard B. Sheldon
Mitchell Silberberg & Knupp LLP
21 | 11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
22 |
Jeffrey L. Silvestrini, Brian F. Roberts
23 | Cohne Rappaport & Segal
P.O. Box 11008
24 | Salt Lake City, UT 84147-0008

25 | Raymond J. Etcheverry
Parsons, Behle & Latimer
26 | One Utah Center
201 South Main Street,
27 | Suite 1800, Post Office Box 45898
Salt Lake City, UT 84145
28 |

Kieran Patrick Fallon
436 SW 8th Street
Miami, FL 33130-2814

Matthew Francis McGahren
Baum & McGahren
6171 Crooked Creek Road
Norcross, GA 30092

Lori D. Greendorfer, Maxim H. Waldbaum
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Thomas T. Tamlyn
Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017

Peter S. Canelias
Law Offices of Peter S. Canelias
420 Lexington Avenue
Suite 2148
New York, NY 10170

David T. Alexander
MBV Law LLP
855 Front Street
San Francisco, CA 94111

Jon M. Gibbs
Akerman, Senterfitt
255 S. Orange Avenue
Suite 1700
Post Office Box 0231
Orlando, FL 32802-0231

Elizabeth E. Green, R. Scott Shuker
Gronek & Latham, LLP
390 N. Orange Avenue
Suite 600
Orlando, FL 32801

Meredith L. Caliman
Meredith L. Caliman Law Offices
3858 Carson Street, Suite 120
Torrance, CA 90503-6705

Gregory J. Nelson
Nelson & Roediger
3333 E Camelback Road, Suite 212
Phoenix, AZ 85018

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                       3

1  Peter Neil Greenfeld                          **Courtesy Copy:**
   Greenfeld Law Group
2  3333 E Camelback Road, Suite 212              Clerk of the Panel
   Phoenix, AZ 85018-2324                        Judicial Panel on Multidistrict Litigation
3                                                Thurgood Marshall Federal Judiciary Building
   Matthew McGahren                              One Columbus Circle, N.E.
4  Baum, McGahren & Chiu, LLC                    Room G-255, North Lobby
   6171 Crooked Creek Road                       Washington, DC  20002-8004
5  Norcross, GA 30092

6

7  Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list
   receive a copy of this order, if necessary, and shall inform the court of any omissions.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                              4