*E-filed on  1/3/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>――――――――――――――――――――――<br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br><br>C-02-00142 RMW<br>C-02-00145 RMW<br>C-02-05437 RMW<br>C-03-03378 RMW<br>C-03-03594 RMW<br>C-03-03596 RMW<br>C-03-04003 RMW<br>C-04-03001 RMW<br>C-04-03365 RMW<br>C-04-04247 RMW<br>C-04-04359 RMW<br>C-06-03843 RMW<br>C-06-04295 RMW<br>C-06-06479 RMW<br><br>ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS |

The court held a hearing on claim construction and several related motions for summary judgment on November 21, 2006 and has not yet issued a ruling. On December 1, 2006, plaintiff Cygnus Telecommunications Technology, LLC filed what it styled a revised motion for summary judgment against defendant United World Telecom, L.C. ("UWT"). UWT and defendant AT&T Corp. filed separate responses, asking the court to strike Cygnus's latest filing. AT&T asked, in the

alternative, for leave to file a response, arguing that Cygnus's motion, although ostensibly directed against only UWT, in reality covered issues common to all defendants.

Cygnus's revised motion and the defendants' counter-motions are all deemed submitted on the papers. No hearing will be held. No further filings will be accepted in connection with these motions.

In fact, until the court resolves all pending issues related to claim construction, validity of the patents-in-suit, and infringement liability of individual defendants, no party should file any further substantive motions. Permissible filings would be things like a notice of PTO action,[1] notice of a relevant recent decision, scheduling matters involving recently-served defendants,[2] or stipulations regarding settlement.

DATED:            1/3/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] The court is aware that on December 19, 2006, the PTO issued a final rejection of claims 6 through 11 in the reexamination of U.S. Patent No. 6,035,027.

[2] On September 20, 2006, the court instructed Cygnus to show cause by December 20, 2006 why any defendant in case no. C-06-04295 remained unserved, but the docket for that case shows no case-specific activity. Similarly, the court expected a joint scheduling proposal from the parties in case no. C-06-06479 some time ago but has not yet received one.

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS—MDL-1423
JAH                                                                 2

1 | **A copy of this order was mailed on** _____ **to:**

2 | **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street
3 | John P. Sutton
Miami, FL 33130-2814
2421 Pierce Street
4 | San Francisco, CA 94115-1131

Matthew Francis McGahren
Baum & McGahren
5 | **Counsel for Defendants:**
6171 Crooked Creek Road
Norcross, GA 30092
6 | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.
Lori D. Greendorfer, Maxim H. Waldbaum
7 | 200 E. Las Olas Avenue, Suite 2040
Schiff Hardin LLP
Fort Lauderdale, FL 33301
623 Fifth Avenue, 28th Floor
8 |
New York, NY 10022
John C. Carey
9 | Rodriguez Greenberg & Paul
Thomas T. Tamlyn
1395 Brickell Ave, Suite 700
Yeskoo Hogan & Tamlyn, LLP
10 | Miami, FL 33131
535 Fifth Avenue
New York, NY 10017
11 | Felice B. Galant, Gregory B. Wood
Fulbright & Jaworski L.L.P.
Peter S. Canelias
12 | 865 South Figueroa Street
Law Offices of Peter S. Canelias
Twenty-Ninth Floor
420 Lexington Avenue, Suite 2148
13 | Los Angeles, CA 90017
New York, NY 10170

14 | Joseph P. Zammit
Elizabeth E. Green, R. Scott Shuker
Fulbright & Jaworski
Gronek & Latham, LLP
15 | 666 Fifth Avenue
390 N. Orange Avenue, Suite 600
New York, NY 10103
Orlando, FL 32801
16 |
John F. Mardula, Jon L. Roberts
Gregory J. Nelson
17 | Roberts Mardula & Wertheim, LLC
Nelson & Roediger
11800 Sunrise Valley Drive, Suite 1000
3333 E Camelback Road, Suite 212
18 | Reston, VA 20191-5302
Phoenix, AZ 85018

19 | Richard B. Sheldon
Peter Neil Greenfeld
Mitchell Silberberg & Knupp LLP
Greenfeld Law Group
20 | 11377 West Olympic Boulevard
3333 E Camelback Road, Suite 212
Los Angeles, CA 90064-1683
Phoenix, AZ 85018-2324
21 |
Jeffrey L. Silvestrini, Brian F. Roberts
Matthew McGahren
22 | Cohne Rappaport & Segal
Baum, McGahren & Chiu, LLC
P.O. Box 11008
6171 Crooked Creek Road
23 | Salt Lake City, UT 84147-0008
Norcross, GA 30092

24 | Raymond J. Etcheverry
**Courtesy Copy:**
Parsons, Behle & Latimer
25 | One Utah Center
Clerk of the Panel on Multidistrict Litigation
201 South Main Street,
Thurgood Marshall Federal Judiciary Building
26 | Suite 1800, Post Office Box 45898
One Columbus Circle, N.E.
Salt Lake City, UT 84145
Room G-255, North Lobby
27 |
Washington, DC 20002-8004

28 | Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS—MDL-1423
JAH                                                      3