**United States District Court**
For the Northern District of California

**E-FILED on** 2/21/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WORLDPORT COMMUNICATIONS, INC., INTERCONTINENTAL EXCHANGE, INC., TELENATIONAL CORP., MILTEL, and WORLDPORT/ICX, INC., <br><br> Defendants. | No. C-02-00144 RMW <br><br> ORDER DEEMING MOTION SUBMITTED ON THE PAPERS |
| AND | |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIAL-THRU INTERNATIONAL, <br><br> Defendant. | No. C-02-00142 RMW <br><br> ORDER DEEMING MOTION SUBMITTED ON THE PAPERS |

1    On the court's own motion, plaintiff's Motion for Permanent Injunction, currently set for
2 hearing on February 22, 2008 is deemed submitted on the papers. N.D. Cal. Civil L.R. 7-1(b). No
3 appearance is necessary; no hearing will be held. The court will issue an order on the motion
4 shortly.

DATED:    2/21/08

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

John P. Sutton              johnpsutton@earthlink.net

**Counsel for Defendants:**

Robert L. Esensten          resensten@wcclaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/21/08                                    /s/ MAG
                                                **Chambers of Judge Whyte**