**E-FILED on** 11/13/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | MDL No. 1423<br><br>No. C-02-00142-RMW<br>No. C-02-00145-RMW<br>No. C-02-05437-RMW<br>No. C-03-05758-RMW<br>No. C-03-03378-RMW<br>No. C-03-03594-RMW<br>No. C-03-03596-RMW<br>No. C-03-04003-RMW<br>No. C-04-03001-RMW<br>No. C-04-03365-RMW<br>No. C-04-04247-RMW<br>No. C-04-04359-RMW<br>No. C-06-03843 RMW<br>No. C-02-00142-RMW<br>No. C-06-04295 RMW<br>No. C-06-06479 RMW<br><br>ORDER DENYING REQUEST FOR CLARIFICATION OF MARCH 30,2007 ORDER |

ORDER DENYING REQUEST FOR CLARIFICATION OF MARCH 30, 2007 ORDER
C-06-03843 RMW, C-06-04295 RMW, C-06-06479 RMW

1   On October 24, 2008, Plaintiff Cygnus Telecommunications Technology, LLC ("Cygnus")
2   moved for an order clarifying this court's March 30, 2007 order on defendants' motion for summary
3   judgment. Previously, on September 22, 2008, counsel for Cygnus made a similar request by letter and
4   filed the current motion because he had not received a response to the letter request. The court had
5   responded, a copy of which is attached, but, inadvertently, a copy was not sent to Cygnus's counsel. The
6   court apologizes for this oversight. Nonetheless, after considering Cygnus' motion, the court denies the
7   request.

10  DATED:    11/13/08                    *Ronald M Whyte*
                                          RONALD M. WHYTE
11                                        United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
John Sutton             johnpsutton@earthlink.net

**Counsel for Defendants:**
Allison Cammack         acammack@crgplaw.com
John Carey              jcarey@crgplaw.com
John F. Mardula         jmardula@globe-ip.com
Jeffrey L. Silvestrini  jeff@crslaw.com
Thomas T. Tamlyn , Jr.  tamlyn@yeskoolaw.com
Peter S. Canelias       pcanelias@canelias.com
Kieran Patrick Fallon   fallon@kfallonlaw.com
Gregory B. Wood         gwood@fulbright.com

**Notice of this document was sent to:**

**Counsel for Defendant:**

Matthew Francis McGahren
Baum & McGahren
6171 Crooked Creek Road
Norcross , GA 30092

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      11/13/08                              JAS
                                              **Chambers of Judge Whyte**