1

2

3                                                      **E-FILED on**  11/13/08

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                  SAN JOSE DIVISION

9

10    IN RE
                                              MDL No. 1423
11    CYGNUS TELECOMMUNICATIONS
      TECHNOLOGY, LLC, PATENT               No. C-02-00142-RMW
12    LITIGATION                            No. C-02-00145-RMW
                                            No. C-02-05437-RMW
13                                          No. C-03-05758-RMW
                                            No. C-03-03378-RMW
14                                          No. C-03-03594-RMW
                                            No. C-03-03596-RMW
15                                          No. C-03-04003-RMW
                                            No. C-04-03001-RMW
16                                          No. C-04-03365-RMW
                                            No. C-04-04247-RMW
17                                          No. C-04-04359-RMW
                                            No. C-06-03843 RMW
18                                          No. C-02-00142-RMW
                                            No. C-06-04295 RMW
19                                          No. C-06-06479 RMW

20
                                            ORDER DENYING REQUEST FOR
21                                          CLARIFICATION OF MARCH 30,2007
                                            ORDER
22

23

24

25

26

27

28

1     On October 24, 2008, Plaintiff Cygnus Telecommunications Technology, LLC ("Cygnus")

2   moved for an order clarifying this court's March 30, 2007 order on defendants' motion for summary

3   judgment.  Previously, on September 22, 2008, counsel for Cygnus made a similar request by letter and

4   filed the current motion because he had not received a response to the letter request.  The court had

5   responded, a copy of which is attached, but, inadvertently, a copy was not sent to Cygnus's counsel.  The

6   court apologizes for this oversight.  Nonetheless, after considering Cygnus' motion, the court denies the

7   request.

8

9

10  DATED: _____11/13/08_____          _Ronald M Whyte_____

11                                          RONALD M. WHYTE
                                            United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
John Sutton                johnpsutton@earthlink.net

**Counsel for Defendants:**
Allison Cammack            acammack@crgplaw.com
John Carey                 jcarey@crgplaw.com
John F. Mardula            jmardula@globe-ip.com
Jeffrey L. Silvestrini     jeff@crslaw.com
Thomas T. Tamlyn , Jr.     tamlyn@yeskoolaw.com
Peter S. Canelias          pcanelias@canelias.com
Kieran Patrick Fallon      fallon@kfallonlaw.com
Gregory B. Wood            gwood@fulbright.com

**Notice of this document was sent to:**

**Counsel for Defendant:**

Matthew Francis McGahren
Baum & McGahren
6171 Crooked Creek Road
Norcross , GA 30092

Counsel are responsible for distributing copies of this document to co-counsel that have not
registered for e-filing under the court's CM/ECF program.

**Dated:**_____11/13/08_____          _____JAS_____
                                            **Chambers of Judge Whyte**

Attachment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
280 SOUTH FIRST STREET
SAN JOSE, CALIFORNIA 95113



CHAMBERS OF
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

(408) 535-5331

October 10, 2008

John C. Carey
Carey Rodriguez Greenberg Paul
1395 Brickell Avenue, Suite 700
Miami, FL 33131

Matthew F. McGahren
McGahren, Gaskill & York, LLC
6171 Crooked Creek Road
Norcross, GA 30092

Peter S. Canelias
Law Offices of Peter S. Canelias
420 Lexington Avenue, Suite 2148
New York, NY 10170

Jeffrey L. Silvestrini
Cohne Rappaport and Segal
257 East 200 South, Suite 700
Salt Lake City, UT 84111

Kieran Fallon
Attorney At Law
436 Southwest 8th Street, Suite 200
Miami, FL 33130

Thomas T. Tamlyn, Jr.
Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue, 23rd Floor
New York, NY 10017

John F. Mardula
Roberts, Abokair & Mardula, LLC
11800 Sunrise Valley Drive, Suite 1000
Reston, VA 20191

Gregory B. Wood
Fulbright & Jaworski, LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071

Re:   Cygnus Telecommunications Technology, LLC v. Americom; MDL-1433;
      Case Nos. C-04-0142, C-02-0145, C-02-5437 and C-04-4359-RMW

Dear Counsel:

I write in response to Mr. Sutton's letter to me dated September 22, 2008 concerning "the applicability of [my] March 30, 2007 Order as it related to the on-sale bar under 35 U.S.C. § 102(b)" and Mr. Silvestrini's letter of September 25, 2008 objecting to Mr. Sutton's request. There is a misunderstanding as to what I said or at least intended to say at the September 19, 2008 hearing in the *Cygnus v. American Int'l Telephonics* case. Mr. Sutton raised a question concerning my March 30, 2007 Order which, of course, was the subject of the appeal to the Federal Circuit. My response to Mr. Sutton was intended only to say I could not discuss anything to do with that order because counsel representing the parties were not present. I merely meant

Counsel
October 10, 2008
Page two


to advise Mr. Sutton that if he had something he wanted to present to me, he should put it in a letter and copy all parties.  I did not mean to suggest that I would or should take action or respond to any request he submitted.  Now that I have seen the nature of his request, I believe it would be highly inappropriate for me to respond and I will not do so.

Very truly yours,

Ronald M. Whyte
Ronald M. Whyte
United States District Judge